**Bobby E. LEDBETTER, Plaintiff— Appellant,**

v.

**Theodis BECK, Secretary North Carolina Department of Corrections; Terry Harvel, Superintendent; Pamala Love, Doctor; Sami Hassan, Doctor; Brenda Yuerlton, Nurse, Defendants—Appellees.**

No. 07–7643.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 2, 2008.

Bobby E. Ledbetter, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina; Elizabeth P. McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina; Steven Price Weaver, Brotherton, Ford, Yeoman & Berry, PLLC, Greensboro, North Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby E. Ledbetter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ledbetter v. Beck,* No. 1:06–cv–00239–NCT, 2007 WL 2990916 (M.D.N.C. Oct. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*